UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JERRY GREEN,   JUDGMENT
   08-CV- 4387 (ARR)
                Petitioner,

  -against-

ROBERT ERCOLE, Superintendent,
Green Haven Correctional Facility,

                Respondent.
------------------------------------------------------------------X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 31, 2009, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability will be granted; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability will be granted.

Dated: Brooklyn, New York
       December 31, 2009

                                                    /S/
                                          ROBERT C. HEINEMANN
                                          Clerk of Court